IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN VARGO et al.,

          Plaintiffs,

v.                                                                                         No. 1:24-cv-00301-SMD-LF

EVO TRANSPORTATION & ENERGY
SERVICES, INC. et al.,

          Defendants.

## ORDER SETTING DEADLINES

THIS MATTER is before the Court on its October 6, 2025, order for Defendants to show cause (Doc. 86). The Court ordered Defendants to provide a written explanation by October 27, 2025, showing good cause why they should not be sanctioned under Fed. R. Civ. P. 37(b)(2) for violating the Court's order that they supplement their interrogatory responses. Doc. 86 at 1. Defendants timely filed their response on October 27, 2025. *See* Doc. 91.

The Court had also ordered Plaintiffs to submit by October 14, 2025, an affidavit of reasonable expenses caused by Defendants' failure to follow its June 12, 2025, discovery order. Doc. 83 at 2. Plaintiffs filed an unopposed motion for an extension of time to file that affidavit because Defendants had not yet provided their supplemental responses. Doc. 87 at 1–2. The Court stayed the deadline until further notice and ordered Plaintiffs to file a notice informing the Court of the date of their receipt of the supplemental responses. Doc. 88 at 2. Plaintiffs first filed notice that they received the responses on October 27, 2025, but that the responses were not verified under oath. Doc. 94 at 1. Plaintiffs later filed a supplemental notice that they received a verification page for those responses on November 3, 2025. Doc. 95 at 1.

IT IS THEREFORE ORDERED that the stay on the deadline for Plaintiffs to file an affidavit of reasonable expenses is lifted, and that the following deadlines are set:

2

1. By **January 9, 2026**, Plaintiffs may file an affidavit of reasonable expenses caused by

   Defendants' failure to follow the Court's June 12, 2025, order (Doc. 74).

2. Defendants' response to Plaintiffs' affidavit is due no later than twenty-one (21) days

   after the affidavit is filed.

3. Plaintiffs' reply, if any, is due no later than fourteen (14) days after Defendants' response

   is filed.

Laura Fashing
United States Magistrate Judge